**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Victor Clark, | ) | No. CV06-1231-PHX-SRB |
| Petitioner, | ) | |
| vs. | ) | **ORDER** |
| Philip Crawford, | ) | |
| Respondent. | ) | |

Petitioner, Victor Clark, filed his Petition for Writ of Habeas Corpus on May 4, 2006. On September 19, 2006, Respondent filed a Suggestion of Mootness and a copy of the executed warrant of removal advising the Court that Petitioner was removed to Haiti on May 25, 2006.

The Magistrate Judge filed his Report and Recommendation on October 30, 2006 recommending that Petitioner's Petition for Writ of Habeas Corpus be dismissed as moot.

In his Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has long since expired and no objections to the Report and Recommendation have been filed. The Court notes that the Petitioner's copy of the Report and Recommendation has been returned by the post-office.

1    The Court finds itself in agreement with the Report and Recommendation of the
2 Magistrate Judge.
3    IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
4 as the order of this Court.
5    IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is dismissed
6 as moot.
7    IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

9    DATED this 21st day of November, 2006.

_____
Susan R. Bolton
United States District Judge

- 2 -